```
BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 1:10-CR-00416 LJO |
| Plaintiff,       ) | PRELIMINARY ORDER OF FORFEITURE |
| v.       ) | |
| DANIEL PINEDA-PARRA,       ) | |
| Defendant.       ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Daniel Pineda-Parra it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Daniel Pineda-Parra's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a) Approximately $5,200.00 in U.S. Currency

2. The above-listed property constitutes property that is proceeds of violations of 21 U.S.C. §§ 841(a)(1) and 846.

///

1      3.  Pursuant to Rule 32.2(b), the Attorney General (or a
2  designee) shall be authorized to seize the above-listed property.
3  The aforementioned property shall be seized and held by the
4  United States Marshals Service, in its secure custody and
5  control.
6      4.  a.  Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
7  the United States shall publish notice of the order of
8  forfeiture.  Notice of this Order and notice of the Attorney
9  General's (or a designee's) intent to dispose of the property in
10 such manner as the Attorney General may direct shall be posted
11 for at least 30 consecutive days on the official internet
12 government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov).  The United States
13 may also, to the extent practicable, provide direct written
14 notice to any person known to have alleged an interest in the
15 property that is the subject of the order of forfeiture as a
16 substitute for published notice as to those persons so notified.
17       b.  This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60)
20 days from the first day of publication of the Notice of
21 Forfeiture posted on the official government forfeiture site, or
22 within thirty (30) days from receipt of direct written notice,
23 whichever is earlier.
24     5.  If a petition is timely filed, upon adjudication of all
25 third-party interests, if any, this Court will enter a Final
26 ///
27 ///
28 ///

Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   June 5, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE