1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  1:10-CR-0416-LJO
                                       )
12              Plaintiff,             )  FINAL ORDER OF FORFEITURE
                                       )
13       v.                            )
                                       )
14  DANIEL PINEDA-PARRA,               )
                                       )
15              Defendant.             )
                                       )
16                                     )
                                       )
17

18       WHEREAS, on June 5, 2012, this Court entered a Preliminary Order

19  of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon

20  the plea agreement entered into between plaintiff and defendant Daniel

21  Pineda-Parra forfeiting to the United States the following property:

22           a)   Approximately $5,200.00 in U.S. Currency

23       AND WHEREAS, Beginning June 7, 2012, for at least 30 consecutive

24  days, the United States published notice of the Court's Order of

25  Forfeiture on the official internet government forfeiture site

26  www.forfeiture.gov. Said published notice advised all third parties of

27  their right to petition the Court within sixty (60) days from the first

28  day of publication of the notice for a hearing to adjudicate the

1 | validity of their alleged legal interest in the forfeited property;

2 | AND WHEREAS, the Court has been advised that no third party has

3 | filed a claim to the subject property and the time for any person or

4 | entity to file a claim has expired.

5 | Accordingly, it is hereby ORDERED and ADJUDGED:

6 | 1.   A Final Order of Forfeiture shall be entered forfeiting to the

7 | United States of America all right, title, and interest in the above-

8 | listed property pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P.

9 | 32.2(b)(1), to be disposed of according to law, including all right,

10 | title, and interest of Daniel Pineda-Parra.

11 | 2.   All right, title, and interest in the above-listed property

12 | shall vest solely in the name of the United States of America.

13 | 3.   The United States Marshals Service shall maintain custody of

14 | and control over the subject property until it is disposed of according

15 | to law.

16 |

17 | IT IS SO ORDERED.

18 | **Dated:   December 5, 2012**                         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE